UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 25 2002

JAMES W. McCORMACK, CLERK
By: _____ DEP CLE

George Hurtado, Javier Hurtado,
Abel Hurtado, Oscar Alvarez,
Gregorio Cuevas, Eva Cuevas,
and Maria Lopez,

PLAINTIFFS

v.     No. 4:00 CV 00831 JMM

All Arkansas Bail Bonds, Inc.,

DEFENDANT

## CONSENT JUDGMENT

Now on this 24 day of January 2002, this cause comes on to be heard upon the confession of All Arkansas Bail Bonds, Inc. that Judgment should be rendered against it, in favor of Plaintiffs George Hurtado, Javier Hurtado, Abel Hurtado, and Maria Lopez for the sum of $10,000, plus costs of $150 and attorney's fees in an amount to be determined by the Court, in full and complete settlement of the current litigation between the parties styled above. Defendant further agrees to execute and deliver a Limited Warranty Deed conveying the various parcels of California real property described in the Complaint back to Plaintiffs Oscar Alvarez, Gregorio Cuevas, and Eva Cuevas, respectively. Defendant further hereby dismisses with prejudice its counterclaims against the plaintiffs/counter-defendants.

The Court retains jurisdiction for a reasonable period of time to enforce this judgment.

IT IS SO ORDERED.

_____
U. S. DISTRICT JUDGE
1/24/02
DATED

Approved and Agreed:

_____
Drake Mann, Arkansas Bar number 87108
Attorney for Plaintiffs

_____
Ed Daniel IV, Arkansas Bar number 88004
Attorney for Defendant

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 1/25/02 BY jjones

ti

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

January 25, 2002

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  4:00-cv-00831.

True and correct copies of the attached were mailed by the clerk to the following:    press, file

    Peter Drake Mann, Esq.
    Gill Elrod Ragon Owen & Sherman, P.A.
    TCBY Tower
    425 West Capitol Avenue
    Suite 3801
    Little Rock, AR   72201-2413

    Ed Daniel IV, Esq.
    Ed Daniel, IV, P.A.
    10310 West Markham
    Suite 203
    Little Rock, AR   72205

James W. McCormack, Clerk

Date: 1/25/02

BY: T Jones